# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER LEE TEAGUE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHENS COUNTY DETENTION )<br>CENTER, et al., )<br>)<br>Defendants. ) | Case No. CIV-23-769-J |

# ORDER

Plaintiff, a state inmate appearing pro se, filed a Complaint under 42 U.S.C. § 1983 alleging constitutional violations at the Stephens County Jail. [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Gary M. Purcell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Purcell ordered Plaintiff to cure deficiencies in his application for leave to proceed in forma pauperis no later than September 19, 2023. [Doc. No. 5]. Plaintiff failed to do so, and Judge Purcell has issued a Report and Recommendation recommending the action be dismissed without prejudice. [Doc. No. 6]. Plaintiff did not object by the deadline of October 16, 2023, and has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Because Plaintiff has failed to comply with the Court's orders, the Court ADOPTS the Report and Recommendation [Doc. No. 6], DENIES Plaintiff's application for leave to proceed in forma pauperis [Doc. No. 2], and DISMISSES Plaintiff's Complaint [Doc. No. 1] without prejudice.

IT IS SO ORDERED this 27th day of October, 2023.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE